# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TELETRACKING TECHNOLOGIES, INC., | : | No. 355 WAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| FRANK J. GORI, MARK JULIANO, GENE | : | |
| NACEY, LORRAINE NACEY, STEPHEN | : | |
| P. NASH, BRIAN E. SCHULIGER, | : | |
| INSIGHT VENTURE MANAGEMENT, | : | |
| L.L.C. AND INSIGHT TTT, LLC., | : | |
| | : | |
| Respondents | : | |

## ORDER


**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.